# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# 1:23-MC-15

IN RE: EXEMPTION OF
ELECTRONIC
PUBLIC ACCESS FEES

**FILED**
**Asheville**
**4/26/2023**
**U.S. District Court**
**Western District of N.C.**

## ORDER

This matter is before the Court upon application and request by Ms. Changhyun Ahn, Research Assistant Professor at the Chinese University of Hong Kong for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Ms. Ahn's research involves analyzing and understanding the implications of civil penalties in various types of climate-related cases and an exemption from the PACER fess is necessary to avoid unreasonable financial burdens and to promote public access to information.

This fee exemption applies only to Ms. Ahn and is valid only for the purposes stated above. Further, the following applies to this Order:

1. This fee exemption applies only to the electronic files of this court that are available through the PACER system.
2. By accepting this exemption Ms. Ahn agrees not to sell for profit any data obtained because of receiving this exemption.
3. Ms. Ahn is prohibited from transferring any data obtained because of receiving this exemption including redistribution via internet-based databases; and
4. **This exemption is authorized until December 31, 2026.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the clerk shall review the usage of the account(s) as part of the court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and to Ms. Shanks.

Dated April 26, 2023

Martin Reidinger, Chief
U.S. District Judge

Account # 7319084