# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## 1:23-MC-15

IN RE:  EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

FILED
Charlotte
8/18/2023
U.S. District Court
Western District of N.C.

## ORDER

This matter is before the Court upon application and request by Ms. Adriel Cardenas for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Ms. Adriel Cardenas is a doctoral student at the University of Florida and is requesting this exemption for research associated with her dissertation.  She qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access.  Ms. Cardenas plans to pre-identify 200-300 cases involving issues relating to piercing the corporate veil using traditional legal databases such as Westlaw, Lexis Nexis, and Bloomberg Law.  She will then use Court records within PACERs to access and extract relevant information or characteristics for each of the identified cases and apply machine learning to identify case characteristics, if any, that are dispositive of affirmative corporate veil piercing decisions. Ms. Adriel Cardenas shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited research request.  She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1. This fee exemption applies only to Ms. Adriel Cardenas and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Ms. Adriel Cardenas agrees not to sell for profit any data obtained because of receiving this exemption.
4. Ms. Adriel Cardenas is prohibited from transferring any data obtained because of receiving this exemption including redistribution via internet-based databases; and
5. **This exemption is authorized until December 31, 2024.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center.

Dated: 8/18/2023

_____
Martin Reidinger, Chief
U.S. District Judge

**Account # 7615502**