UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

1:23-MC-15

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

FILED
Asheville
Oct 31 2023
U.S. District Court
Western District of N.C.

## ORDER

This matter is before the Court upon application and request by Dr. Marina Gertsberg for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Dr. Marina Gertsberg is a Senior Finance Lecturer associated with the University of Melbourne in Australia. She is researching into the relationship between mergers and acquisitions and sexual harassments lawsuits. Her research includes a review of about 4,000 court cases filed from the year 2000 until 2020.

She qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access. Dr. Gertsberg shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request. She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Dr. Gertsberg and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Dr. Gertsberg agrees not to sell for profit any data obtained because of receiving this exemption.
4. Dr. Gertsberg is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until December 31, 2024**.

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Dr. Gertsberg.

Signed: 10/30/2023

Martin Reidinger, Chief
U.S. District Judge

**Account # 7709445**.