# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### 1:23-MC-15

**FILED**
Asheville

Oct 31 2023

**U.S. District Court
Western District of N.C.**

IN RE:  EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

### ORDER

This matter is before the Court upon application and request by Mr. Hashem Amireh for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Mr. Amireh is a PhD student in Economics at UNC Chapel Hill and is requesting this exemption to access a limited numbers of cases to research patent dispute cases involving patents listed in the FDA Orange Book.  He qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access.  Mr. Amireh shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request.  He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Amireh and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Mr. Amireh agrees not to sell for profit any data obtained because of receiving this exemption.
4. Mr. Amireh is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until October 17, 2025**.

This exemption may be revoked at the discretion of the Court at any time.  Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process.  The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Mr. Amireh.

Signed: *10/30/2023*

Martin Reidinger, Chief
U.S. District Judge

**Account # 7288491**