UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

1:23-MC-15

IN RE:  EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

### ORDER

This matter is before the Court upon application and request by Ms. Erin Carney for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Ms. Carney is an undergraduate student at the University of Connecticut and is requesting this exemption to access a limited numbers of cases to conduct research for an undergraduate thesis examining gender disparities in the sentences of defendant charged with drug trafficking offenses.  The research will only be submitted to the University of Connecticut Political Science and Honors Department.  She qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access.  Ms. Carney shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request.  She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1. This fee exemption applies only to Ms. Carney and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Ms. Carney agrees not to sell for profit any data obtained because of receiving this exemption.
4. Ms. Carney is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until May 5, 2024.**

This exemption may be revoked at the discretion of the Court at any time.  Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process.  The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Ms. Carney.

Dated: 12/8/2023

Martin Reidinger, Chief
U.S. District Judge

Account #  654705